# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No:   4:23-CR-00031 |
| | : | |
| ADRIAN PALMER, | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ORDER

Defendant was indicted on October 24, 2023, ECF No. 1, and arraigned on December 5, 2023, ECF No. 14.  A pretrial conference is currently scheduled for January 4, 2024. Specifically, Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss a possible resolution with the Government. The Government does not oppose the request.

IT IS HEREBY ORDERED that the above-referenced matter be continued to September 2024 term of Court and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.  18 U.S.C. §§ 3161(h)(7)(A)-(B).  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 29th day of December, 2023.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT